DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GARY LEE HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GARY LEE HARRISON,<br><br>  Defendant. | No. 1:93-CR-05190 LJO-1<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING AND ORDER<br><br>Date: June 25, 2012<br>Time: 8:30 a.m.<br>Judge: The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, June 11, 2012, **may be continued to Monday, June 25, 2012, at 8:30 a.m.**

The defense requests this continuance because the defense is waiting for medical records, which it anticipates receiving in the next few weeks. The requested continuance will conserve time and resources for both counsel and the Court.

///
///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 4, 2012 | By:  /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 4, 2012 | By:  /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>GARY LEE HARRISON |

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 4, 2012**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Harrison - Stipulation to Continue
Sentencing Hearing  and Order                 2