

```
                                              FILED
                                              JUL 30 2012
                                          CLERK, U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF CALIFORNIA
                                          BY _____
                                                 DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARY LEE HARRISON<br><br>    Defendant. | No. 1:93-CR-05190 LJO<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced on July 30, 2012, supervised release granted on June 6, 1994, is hereby continued under the same terms and conditions as previously imposed.

    IT IS HEREBY ORDERED that the defendant shall be released to a representative of Westcare Impatient Drug and Alcohol Program forthwith. A certified Judgment and Commitment order to follow.

DATED: July 30, 2012

                                         /s/ Lawrence J. O'Neill
                                     LAWRENCE J. O'NEILL
                                     U.S. District Judge

1